United States Bankruptcy Court
Middle District of Florida

In re:                                                                                                        Case No. 25-02758-GER

Roberto E. Hernandez                                                                               Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 113A-6 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 28, 2025 | Form ID: Dodrclm | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 30, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Roberto E. Hernandez, 2102 Meadowmouse St., Orlando, FL 32837-7413 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 31635933 | Email/Text: nsm_bk_notices@mrcooper.com | Jul 28 2025 21:58:00 | Nationstar Mortgage LLC, d/b/a Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9741 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Nationstar Mortgage LLC |
| cr | | U.S. Bank National Association, AS TRUSTEE, SUCCES |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 30, 2025          Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 28, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jennifer Laufgas | |
| | on behalf of Creditor U.S. Bank National Association  AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR BY MERGER TO LASALLE BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR MERRIL ecfflmb@aldridgepite.com, jlaufgas@ecf.courtdrive.com |
| Jennifer Laufgas | |

District/off: 113A-6                     User: admin                              Page 2 of 2
Date Rcvd: Jul 28, 2025                  Form ID: Dodrclm                         Total Noticed: 2

on behalf of Creditor Nationstar Mortgage LLC ecfflmb@aldridgepite.com  jlaufgas@ecf.courtdrive.com

Laurie K Weatherford
                    ecfdailysummary@c13orl.com

United States Trustee - ORL7/13, 7
                    USTP.Region21.OR.ECF@usdoj.gov


TOTAL: 4

[**Dodrclm**] [District Order Directing Response to Objection to Claim]

ORDERED.

**Dated: July 28, 2025**

Grace E. Robson
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:                                                      Case No.
                                                            6:25−bk−02758−GER
                                                            Chapter 13

Roberto E. Hernandez

_____Debtor*_____/

## ORDER DIRECTING RESPONSE TO OBJECTION TO CLAIM

THIS CASE came on for consideration, without hearing, of the Objection to Claims ("Objection") Regarding Claim #3 of U.S. Bank N.A. as Trustee for Nationstar Mortgage LLC filed by Debtor on July 24, 2025 , Doc. No. 33 . The Objection is a contested matter governed by Fed. R. Bankr. P. 9014. Accordingly, it is

**ORDERED:**

The Claimant may file a written response to the Objection within thirty (30) days from the date of this order. If no timely response is filed, the Court may without further hearing sustain the Objection, disallow the claim, or overrule the Objection, allowing the claim as scheduled or filed.

The Clerk's office is directed to serve a copy of this order on interested parties.
*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.