**FLORIDA**
COUNTY OF *ORANGE*
POOL NO.

LAW OFFICES OF
**MARSHALL C. WATSON, P.A.**
1800 N.W. 49th Street, Suite 120
Ft. Lauderdale, FL 33309



Assignment-Interv.-Recorded
WHEN RECORDED MAIL TO:
LAW OFFC. MARSHALL C. WATSON
1800 NW 49TH ST.,
FT LAUDERDALE, FL 33309
PH: (954) 453-5222
ATT: KELLY ANDERSON

# ASSIGNMENT OF MORTGAGE

KNOW ALL MEN BY THESE PRESENTS, that
*MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.*
*(MERS) AS NOMINEE FOR FIRST FRANKLIN FINANCIAL CORP., AN OP. SUB. OF MLB&T CO., FSB*
*2150 NORTH FIRST STREET, SAN JOSE, CA 95131,*
located at *2150 NORTH 1ST STREET, SAN JOSE CA 95131*,
"Assignor," in consideration of the sum of *TEN DOLLARS ($10.00)* and other good
and valuable consideration paid by *LaSalle Bank National Association, as Trustee for*
*Merrill Lynch First Franklin Mortgage Loan Trust, Mortgage Loan Asset-Backed*
*Certificates, Series 2007-1*
located at
"Assignee", does hereby grant, bargain, sell, assign, transfer and set over unto Assignee
a certain indenture of mortgage bearing the date of *JANUARY 3, 2007*
made by *ROBERT E HERNANDEZ AND ROSA SANCHEZ, HUSBAND AND WIFE*
and recorded in
Book *09068*, page *4210*, Clerk's File #*20070037534* public records
of *ORANGE* County, Florida, upon the following described property:

AS DESCRIBED ON SAID MORTGAGE REFERRED TO HEREIN.

TOGETHER WITH the note(s) and documents therein described or referred to, the money due
and to become due, with interest, and all rights accrued or to accrue under said Mortgage.
TO HAVE AND TO HOLD the same unto the said Assignee, its successors and assigns forever.
IN WITNESS WHEREOF the said Assignor has caused these presents to be executed in its
name by its proper officers thereunto duly authorized this *9th* day of
*DECEMBER 2008*, but effective *JANUARY 8, 2007*.

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.
(MERS) AS NOMINEE FOR FIRST FRANKLIN FINANCIAL
CORP., AN OP. SUB. OF MLB&T CO., FSB 2150 NORTH
FIRST STREET, SAN JOSE, CA 95131
BY: /s/ Krystal Hall
KRYSTAL HALL
ASST SECRETARY FOR ASSIGNMENTS

STATE OF *IDAHO* )
) ss
COUNTY OF *BONNEVILLE* )

On *DECEMBER 9, 2008*, before me, the undersigned, personally appeared
*KRYSTAL HALL* who is known to me to be the person who executed
the within instrument as the *ASST SECRETARY FOR ASSIGNMENTS*
of the Corporation that executed the within
instrument and acknowledged to me that the Corporation executed the within instru-
ment pursuant to its by-laws or a resolution of its board of directors.

WITNESS my hand and official seal.

/s/ Melissa Hively
*MELISSA HIVELY* (COMMISSION EXP. 07-28-14)
NOTARY PUBLIC

[SEAL: MELISSA HIVELY NOTARY PUBLIC STATE OF IDAHO]

PREPARED BY
/s/ Karleen Maughan
KARLEEN MAUGHAN
595 UNIVERSITY BLVD.
IDAHO FALLS, ID 83401

J=h18110108ai.s.04036

**Ex. B**

Recording Requested By:
NATIONSTAR MORTGAGE DBA MR. COOPER

When Recorded Return To:

DOCUMENT ADMINISTRATION
NATIONSTAR MORTGAGE DBA MR. COOPER
8950 CYPRESS WATERS BLVD
COPPELL, TX 75019



Phil Diamond, Comptroller
Orange County, FL
Ret To: SIMPLIFILE LC



## CORPORATE ASSIGNMENT OF MORTGAGE

Orange, Florida
SELLER'S SERVICING #:******2205 "HERNANDEZ"

Date of Assignment: August 4th, 2025
Assignor: LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR MERRILL LYNCH FIRST FRANKLIN MORTGAGE LOAN TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2007-1, BY NATIONSTAR MORTGAGE LLC AS IT'S ATTORNEY-IN-FACT at 8950 CYPRESS WATERS BLVD, COPPELL, TX 75019
Assignee: U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR BY MERGER TO LASALLE BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR MERRILL LYNCH FIRST FRANKLIN MORTGAGE LOAN TRUST, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-1 at 425 WALNUT ST., CINCINNATI, DE 45202
Executed By: ROBERT E HERNANDEZ AND ROSA SANCHEZ, HUSBAND AND WIFE To: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS MORTGAGEE, AS NOMINEE FOR FIRST FRANKLIN FINANCIAL CORP., AN OP. SUB. OF MLB&T CO., FSB ITS SUCCESSORS AND ASSIGNS
Date of Mortgage: 01/03/2007 Recorded: 01/18/2007 in Book/Reel/Liber: OR 09068 Page/Folio: 4210 as Instrument No.: 20070037534 In the County of Orange, State of Florida.

Property Address: 2102 MEADOWMOUSE ST, ORLANDO, FL 32837

KNOW ALL MEN BY THESE PRESENTS, that for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the said Assignor hereby assigns unto the above-named Assignee, the said Mortgage having an original principal sum of $304,000.00 with interest, secured thereby, and the full benefit of all the powers and of all the covenants and provisos therein contained, and the said Assignor hereby grants and conveys unto the said Assignee, the Assignor's interest under the Mortgage.

TO HAVE AND TO HOLD the said Mortgage, and the said property unto the said Assignee forever, subject to the terms contained in said Mortgage.

LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR MERRILL LYNCH FIRST FRANKLIN MORTGAGE LOAN TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2007-1, BY NATIONSTAR MORTGAGE LLC AS IT'S ATTORNEY-IN-FACT
On August 4th, 2025

By: _____
TSEDALE ALEMU, Vice-President

STATE OF Texas
COUNTY OF Dallas

On August 4th, 2025, before me, SYLVIA RAMIREZ, a Notary Public in and for Dallas in the State of Texas, personally appeared TSEDALE ALEMU , Vice-President of NATIONSTAR MORTGAGE LLC AS IT'S ATTORNEY-IN-FACT FOR LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR MERRILL LYNCH FIRST FRANKLIN MORTGAGE LOAN TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2007-1, personally known to me to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity, and that by his/her/their signature on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

SYLVIA RAMIREZ
Notary Public, State of Texas
Comm. Expires 03-13-2027
Notary ID 131921660

SYLVIA RAMIREZ
Notary Expires: 03/13/2027

(This area for notarial seal)

*YA*YANATT*08/04/2025 06:03:10 AM* NATT01NATTA000000000000005650817* FLORANG* *****2205 FLSTATE_MORT_ASSIGN_ASSN **DKBNATT*

**Ex. B**

CORPORATE ASSIGNMENT OF MORTGAGE Page 2 of 2

Prepared By: Douglas Keaton, NATIONSTAR MORTGAGE DBA MR. COOPER 8950 CYPRESS WATERS BLVD, COPPELL, TX 75019 1-888-480-2432

*YA*YANATT*08/04/2025 08:03:10 AM* NATT01NATTA00000000000000005650817* FLORANG* *******2205 FLSTATE_MORT_ASSIGN_ASSN **DK6NATT*

CORPORATE ASSIGNMENT OF MORTGAGE Page 2 of 2

Prepared By: Douglas Keaton, NATIONSTAR MORTGAGE DBA MR. COOPER 8950 CYPRESS WATERS BLVD, COPPELL, TX 75019 1-888-480-2432

**Ex. B**