UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

ROBERTO HERNANDEZ

Debtor

Chapter 13

Case No. 6:25-bk-02758-GER

FILED
OCT 14 2025
Clerk, U.S. Bankruptcy,
Orlando Division

# MEMORANDUM OF LAW IN SUPPORT OF MOTION TO DETERMINE STANDING AND TO STRIKE DEFECTIVE ASSIGNMENTS OF MORTGAGE, AND FOR SANCTIONS UNDER 11 U.S.C. § 362(k)

## INTRODUCTION

Debtors submit this Memorandum in support of their Motion to determine standing, to strike defective assignments, and for sanctions for violation of the automatic stay. The record establishes that the alleged creditor cannot prove a lawful pre-petition interest in the note and mortgage; one assignment is back-dated and another was executed post-petition.

## LEGAL STANDARDS

Bankruptcy Standing and Claims: A claimant bears the burden to establish the right to payment and secure status by competent evidence. 11 U.S.C. §§ 502(b), 506(a); Fed. R. Bankr. P. 3001(c). Assignments executed after the petition date are void. See In re Albany Partners, Ltd., 749 F.2d 670, 675 (11th Cir. 1984).

Florida Standing and Chain of Title: In foreclosure matters, standing must exist at the inception of the action and requires proof of ownership of the note and mortgage.

Page 1-5

McLean v. JP Morgan Chase Bank, N.A., 79 So. 3d 170 (Fla. 4th DCA 2012). False, backdated, or fraudulent recorded instruments are sanctionable and void under Fla. Stat. § 817.535(2)(a); multiple inconsistent assignments violate the requirements of Fla. Stat. § 701.02.

Securitization and PSA Cut-Off Compliance: New York trust law (which typically governs mortgage PSAs) provides that acts in contravention of the trust instrument are void. See N.Y. EPTL § 7-2.4; Glaski v. Bank of America, N.A., 218 Cal. App. 4th 1079 (2013) (treating late transfers into a New York trust as void).

Constitutional Limits: Article III restricts federal judicial power to actual cases and controversies brought by parties with a concrete, particularized ownership interest. Lujan v. Defenders of Wildlife, 504 U.S. 555 (1992). Due Process prohibits deprivation of property without lawful procedures and proof of rights. U.S. Const. amends. V & XIV; see also Mullane v. Central Hanover Bank & Trust Co., 339 U.S. 306 (1950). Florida's Constitution protects homestead from forced sale absent a lawful encumbrance. Fla. Const. art. X § 4; Havoco of Am., Inc. v. Hill, 790 So. 2d 1018 (Fla. 2001).

**ARGUMENT**

**I. December 9, 2008, Assignment is Defective and Void.**

The 2008 assignment purports to be effective as of January 8, 2007, nearly two years before execution—while the governing pooling and servicing agreement imposed a cut-off/closing date around March 1, 2007. Transfers after the cut-off date violate the trust instrument and are void under N.Y. EPTL § 7-2.4. See Glaski, 218 Cal. App. 4th at 1096-1102. Additionally, execution by an out-of-state "assistant secretary" without

demonstrated authority renders the instrument void. See In re Veal, 450 B.R. 897 (9th Cir. BAP 2011).

## II. The August 4, 2025, Assignment Violated the Automatic Stay and is Void Ab Initio.

Execution of an assignment post-petition constitutes an act to obtain possession of or exercise control over estate property in violation of 11 U.S.C. § 362(a)(3). Such acts are void. Albany Partners, 749 F.2d at 675. Debtors are entitled to damages for a willful violation under § 362(k).

## III. Without a Valid Pre-Petition Transfer, the Creditor Lacks Standing Under Federal, State, and Constitutional Law.

Because the alleged creditor cannot show a valid pre-petition transfer of the note and mortgage, it lacks standing to assert a secured claim (11 U.S.C. §§ 502(b), 506(a)), fails Florida's inception-of-standing rule (McLean), and does not satisfy Article III's case-or-controversy requirement (Lujan). Any attempt to deprive Debtors of their homestead would violate Due Process and Florida's homestead protections.

## REQUESTED RELIEF

For the reasons above, Debtors request that the Court: (1) strike and declare void the December 9, 2008 and August 4, 2025 assignments; (2) determine that U.S. Bank N.A., as Trustee for Merrill Lynch First Franklin Mortgage Loan Trust 2007-1, Mortgage Loan Asset-Backed Certificates, Series 2007-1, through its servicer Nationstar Mortgage LLC d/b/a Mr. Cooper lacks standing; (3) disallow any related proof of claim; and (4) award damages, costs, and fees under § 362(k), together with such other relief as is just.

**EXHIBIT LIST (for reference)**

Exhibit A – Assignment of Mortgage dated December 9, 2008.

Exhibit B – Corporate Assignment of Mortgage dated August 4, 2025.

*/s/ Roberto Hernandez*

Respectfully submitted,

Roberto Hernandez
Debtor-Pro se
2102 Meadowmouse St.
Orlando, FL 32837
(321) 239-6172
Email: Robert2792@gmail.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished on the date October 14, 2025 of filing via CM/ECF or U.S. Mail to:

Jeniffer Laugfas,
Attorneys for U.S. Bank N.A., as Trustee for Merrill Lynch First Franklin Mortgage Loan Trust 2007-1, Mortgage Loan Asset-Backed Certificates, Series 2007-1,
through its servicer Nationstar Mortgage LLC d/b/a Mr. Cooper
Aldridge Pite, LLP
Six Piedmont Center
3525 Piedmont Road, N. E., Suite 700
Atlanta, GA 30305
Email: Jlaufgas@aldridgepite.com

Nationstar Mortgagee LLC d/b/a Mr. Cooper
Bankruptcy Legal Department
P. O. Box 619096
Email: researchincoming@mrcooper.com

Laurie K. Weatherford, Chapter 13 Trustee.
P. O. Box 3450
Winter Park, FL 32792
Email: info@c13orl.com

Office of the United States Trustee
400 W. Washington St., Suite 1100
Orlando, FL 32801
Email: USTP.Region21@usdoj.gov

Respectfully submitted,

_[signature]_

Roberto Hernandez
Debtor, Pro se
Phone (321) 231-6610
Email: Robert2792@gmail.com

# EXHIBIT -A

**FLORIDA**
COUNTY OF ORANGE
POOL NO.
LOAN NO. (4001208780)
1044453779

LAW OFFICES OF
MARSHALL C. WATSON, P.A.
1800 N.W. 49th Street, Suite 120
Ft. Lauderdale, FL 33309

DOC # 20080801782   B: 9698 P: 3198

Assignment-Interv. Executed
WHEN RECORDED MAIL TO:
LAW OFFC. MARSHALL C. WATSON
1800 NW 49TH ST
FT LAUDERDALE, FL 33309
PH: (954) 453-5222
ATT: KELLY ANDERSON

## ASSIGNMENT OF MORTGAGE

KNOW ALL MEN BY THESE PRESENTS, that MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (MERS) AS NOMINEE FOR FIRST FRANKLIN FINANCIAL CORP., AN OP. SUB. OF MLB&T CO., FSB 2150 NORTH FIRST STREET, SAN JOSE, CA 95131, located at 2150 NORTH 1ST STREET, SAN JOSE CA 95131, "Assignor," in consideration of the sum of TEN DOLLARS ($10.00) and other good and valuable consideration paid by LaSalle Bank National Association, as Trustee for Merrill Lynch First Franklin Mortgage Loan Trust, Mortgage Loan Asset-Backed Certificates, Series 2007-1 located at "Assignee", does hereby grant, bargain, sell, assign, transfer and set over unto Assignee a certain indenture of mortgage bearing the date of JANUARY 3, 2007 made by ROBERT E HERNANDEZ AND ROSA SANCHEZ, HUSBAND AND WIFE and recorded in Book 09068, page 4310, Clerk's File #20070037534 public records of ORANGE County, Florida, upon the following described property.

AS DESCRIBED ON SAID MORTGAGE REFERRED TO HEREIN.

TOGETHER WITH the note(s) and documents therein described or referred to, the money due and to become due, with interest, and all rights accrued or to accrue under said Mortgage.
TO HAVE AND TO HOLD the same unto the said Assignee, its successors and assigns forever.
IN WITNESS WHEREOF the said Assignor has caused these presents to be executed in its name by its proper officers thereunto duly authorized this 9th day of DECEMBER 2008, but effective JANUARY 3, 2007.

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (MERS) AS NOMINEE FOR FIRST FRANKLIN FINANCIAL CORP., AN OP. SUB. OF MLB&T CO., FSB 2150 NORTH FIRST STREET, SAN JOSE, CA 95131.

BY: _____
KRYSTAL HALL
ASST SECRETARY FOR ASSIGNMENTS

STATE OF IDAHO
COUNTY OF BONNEVILLE } ss

On DECEMBER 9, 2008, before me, the undersigned, personally appeared KRYSTAL HALL who is known to me to be the person who executed the within instrument as the ASST SECRETARY FOR ASSIGNMENTS of the Corporation that executed the within instrument and acknowledged to me that the Corporation executed the within instrument pursuant to its by-laws or a resolution of its board of directors.

WITNESS my hand and official seal.

_____
MELISSA HIVELY (COMMISSION EXP. 07-29-14)
NOTARY PUBLIC

MELISSA HIVELY
NOTARY PUBLIC
STATE OF IDAHO

PREPARED BY
_____
KARLEEN MAUGHAN
595 UNIVERSITY BLVD.
IDAHO FALLS, ID 83401

P-3.002.00097.17
C-3.380.8047

J-h18120108mi.s.04036

18-64765

# EXHIBIT-B

Recording Requested By:
NATIONSTAR MORTGAGE DBA MR. COOPER

When Recorded Return To:

DOCUMENT ADMINISTRATION
NATIONSTAR MORTGAGE DBA MR. COOPER
8950 CYPRESS WATERS BLVD.
COPPELL, TX 75019



Phil Diamond, Comptroller
Orange County, FL
Ret To: SIMPLIFILE LC

## CORPORATE ASSIGNMENT OF MORTGAGE

Orange, Florida
SELLERS SERVICING #:_____2203 "HERNANDEZ"

Date of Assignment: August 4th, 2025
Assignor: LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR MERRILL LYNCH FIRST FRANKLIN MORTGAGE LOAN TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2007-1, BY NATIONSTAR MORTGAGE LLC AS IT'S ATTORNEY-IN-FACT at 8950 CYPRESS WATERS BLVD, COPPELL, TX 75019
Assignee: U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR MERRILL LYNCH FIRST FRANKLIN MORTGAGE LOAN TRUST, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-1 at 425 WALNUT ST., CINCINNATI, OH 45202
Executed By: ROBERT F HERNANDEZ AND ROSA SANCHEZ, HUSBAND AND WIFE To: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS MORTGAGEE, AS NOMINEE FOR FIRST FRANKLIN FINANCIAL CORP., AN OP. SUB. OF MLB&T CO., FSB ITS SUCCESSORS AND ASSIGNS
Date of Mortgage: 01/03/2007 Recorded: 01/18/2007 in Book/Reel/Liber: OR 09088 Page/Folio: 4210 as Instrument No.: 20070037534 in the County of Orange, State of Florida.

Property Address: 2102 MEADOWMOUSE ST, ORLANDO, FL 32837

KNOW ALL MEN BY THESE PRESENTS, that for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the said Assignor hereby assigns unto the above-named Assignee, the said Mortgage having an original principal sum of $304,000.00 with interest, secured thereby, and the full benefit of all the powers and of all the covenants and provisos therein contained, and the said Assignor hereby grants and conveys unto the said Assignee, the Assignor's interest under the Mortgage.

TO HAVE AND TO HOLD the said Mortgage, and the said property unto the said Assignee forever, subject to the terms contained in said Mortgage.

LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR MERRILL LYNCH FIRST FRANKLIN MORTGAGE LOAN TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2007-1, BY NATIONSTAR MORTGAGE LLC AS IT'S ATTORNEY-IN-FACT
On August 4th, 2025

By_____
TSEDALE ALEMU, Vice-President

STATE OF Texas
COUNTY OF Dallas

On August 4th, 2025, before me, SYLVIA RAMIREZ, a Notary Public in and for Dallas in the State of Texas, personally appeared TSEDALE ALEMU, Vice-President of NATIONSTAR MORTGAGE LLC AS IT'S ATTORNEY-IN-FACT FOR LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR MERRILL LYNCH FIRST FRANKLIN MORTGAGE LOAN TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2007-1, personally known to me to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity, and that by his/her/their signature on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal,

SYLVIA RAMIREZ
Notary Expires: 03/13/2027

SYLVIA RAMIREZ
Notary Public, State of Texas
Comm. Expires 03-13-2027
Notary ID 131621880

(This area for notarial seal)

Ex. B

CORPORATE ASSIGNMENT OF MORTGAGE Page 2 of 2

Prepared By: Douglas Keaton, NATIONSTAR MORTGAGE DBA MR. COOPER 8950 CYPRESS WATERS BLVD, COPPELL, TX 75019 1-888-480-2432

Ex. B