UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

ROBERTO HERNANDEZ,

Debtor.

FILED

OCT 14 2025

Clerk, U.S. Bankruptcy,
Orlando Division

Case No. 6:25-bk-02758-GER

Chapter 13

## DECLARATION OF DAMAGES, COSTS, AND PUNITIVE DAMAGES

1. I am the debtor in the above-captioned Chapter 13 bankruptcy case, filed on May 8, 2025, in the United States Bankruptcy Court for the Middle District of Florida, Orlando Division. I make this Declaration in support of my Motion to Determine Standing and to Strike Defective Assignments of Mortgage, and for Sanctions for Willful Violation of the Automatic Stay pursuant to 11 U.S.C. § 362(k).

2. On August 4, 2025, while my bankruptcy case was pending and the automatic stay under 11 U.S.C. § 362(a) was in full force and effect, Nationstar Mortgage LLC d/b/a Mr. Cooper, as attorney-in-fact for LaSalle Bank N.A., executed a Corporate Assignment of Mortgage purporting to transfer my mortgage to U.S. Bank N.A., as Trustee for Merrill Lynch First Franklin Mortgage Loan Trust 2007-1. This act occurred after my petition date and without relief from the automatic stay.

3. The execution and recording of this post-petition assignment caused me significant emotional and mental distress. I have experienced anxiety, sleeplessness, and loss of peace within my home due to the unlawful post-petition actions of the Creditor and its servicer. These actions have disrupted my ability to focus on my reorganization plan and to maintain emotional stability during the bankruptcy process.

4. My spouse, Rosa Sánchez, although not a debtor in this case, resides with me at the homestead property and has suffered emotional distress, depression, and anxiety as a direct result of the same unlawful conduct. The stress in our household has been severe and continues to affect our health and well-being.

5. Under 11 U.S.C. § 362(k)(1), I am entitled to recover actual damages, including costs and reasonable costs and expenses, and in appropriate circumstances, punitive damages for the willful violation of the automatic stay. I respectfully request that this Court award an amount it deems fair and just to compensate for the harm, expenses, and emotional injury caused by the Creditor's post-petition actions.

6. I reserve the right to supplement this Declaration with additional evidence or documentation of expenses, costs, and emotional distress as the Court may require.

7. As a pro se litigant, I respectfully request reimbursement for all actual damages, costs, and expenses incurred in preparing and prosecuting this motion. I also reserve the right to seek attorney's fees if legal counsel is later retained for further representation in this matter.

8. I further request that this Honorable Court award punitive damages pursuant to 11 U.S.C. § 362(k), as the conduct of Nationstar Mortgage LLC d/b/a Mr. Cooper and U.S.

Bank N.A. demonstrates a willful and reckless disregard of the automatic stay. The post-petition assignment and continued interference with property of the bankruptcy estate were deliberate acts taken with actual knowledge of the pending bankruptcy case.

Executed on: October __14__, 2025.

_/s/ Roberto Hernandez_
Roberto Hernandez
2102 Meadowmouse Street
Orlando, FL 32837
(321) 231-6610
Email: Robert2792@gmail.com

STATE OF FLORIDA

COUNTY OF ORANGE

Sworn to (or affirmed) and subscribed before me by means of ☒ physical presence or ☐ online notarization, this __14__ day of October 2025, by Roberto Hernandez, who is personally known to me ☐ or who has produced __FL DL__ as identification.

_/s/_
Notary Public – State of Florida

Printed Name of Notary: __Jorge Torres Naranjo__

My Commission Expires: __8-9-2029__

Jorge Enrique Torres Naranjo
Notary Public
State of Florida
Comm# HH678728
Expires 8/9/2029

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of **the Declaration of Damages, Cost, and Punitive Damages** foregoing has been furnished on the date October __14__, 2025 of filing via CM/ECF, Email or U.S. Mail to:

Jeniffer Laugfas,
Attorneys for U.S. Bank N.A., as Trustee for Merrill Lynch First Franklin Mortgage Loan Trust 2007-1, Mortgage Loan Asset-Backed Certificates, Series 2007-1,
through its servicer Nationstar Mortgage LLC d/b/a Mr. Cooper
Aldridge Pite, LLP
Six Piedmont Center
3525 Piedmont Road, N. E., Suite 700
Atlanta, GA 30305
Email: Jlaufgas@aldridgepite.com

Nationstar Mortgagee LLC d/b/a Mr. Cooper
Bankruptcy Legal Department
P. O. Box 619096
Email: researchincoming@mrcooper.com

Laurie K. Weatherford, Chapter 13 Trustee.
P. O. Box 3450
Winter Park, FL 32792
Email: info@c13orl.com

Office of the United States Trustee
400 W. Washington St., Suite 1100
Orlando, FL 32801
Email: USTP.Region21@usdoj.gov

Respectfully submitted,

_/s/ Roberto Hernandez_
Roberto Hernandez
Doctor, Pro se
Phon (321) 231-6610
Email: Robert2792@gmail.com