UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:
**ROBERTO HERNANDEZ,**
Debtor.

Case No.: **6:25-bk-02758-GER**
Chapter 13

FILED

DEC 12 2025

Clerk, U.S. Bankruptcy,
Orlando Division

#298

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Debtor **Roberto Hernandez**, pro se, hereby appeals to the United States District Court for the Middle District of Florida from the Order entered by this Court on **December 05, 2025**, titled:

"ORDER (1) DENYING CONFIRMATION AND DISMISSING CASE WITH PREJUDICE,
(2) OVERRULING OBJECTION TO CLAIM AS MOOT,
(3) DENYING MOTION FOR SANCTIONS, AND
(4) DENYING OTHER PENDING REQUESTS AS MOOT."

This appeal is taken pursuant to 28 U.S.C. § 158(a)(1) and Federal Rule of Bankruptcy Procedure 8002.

DATED: 12 December, 2025

Respectfully submitted,

*/s/ Roberto Hernandez*

**Roberto Hernandez (Pro Se)**
2102 Meadowmouse St.
Orlando, FL 32837
Email: Robert2792@gmail.com
Telephone: (321) 231-6610

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing and **NOTICE OF APPEAL** were furnished via electronic notice on December 12, 2025, to the following parties:

ALDRIDGE PITE, LLP
Jennifer Laufgas (SBN 56181)
Email: jlaufgas@aldridgepite.com
Aldridge Pite, LLP
Six Piedmont Center
3525 Piedmont Road, N.E., Suite 700
Atlanta, GA 30305
Phone: (404) 994-7400
Fax: (619) 590-1385

**TRUSTEE**
**(via electronic notice)**

Laurie K Weatherford
Post Office Box 3450
Winter Park, FL 32790
ecfdailysummary@c13orl.com

**UNITED STATES TRUSTEE**
**(via electronic notice)**
Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801
USTP.Region21.OR.ECF@usdoj.gov

/s/ Roberto Hernandez

Respectfully submitted,
Roberto Hernandez
Pro Se Debtor
2102 Meadowmouse St.
(321) 231-6640
Email:Robert2792@gmail.com