UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:
**ROBERTO HERNANDEZ**,
Debtor.

Case No.: **6:25-bk-02758-GER**
Chapter 13

**FILED**

DEC 12 2025

Clerk, U.S. Bankruptcy,
Orlando Division

## EMERGENCY MOTION TO STAY PENDING APPEAL
## (Pursuant to Fed. R. Bankr. P. 8007)

Debtor, **Roberto Hernandez**, pro se, moves this Court for entry of an Order staying all proceedings and enforcement of the Order dated December 05, 2025 pending appeal, and states:

## INTRODUCTION

Debtor has timely filed a Notice of Appeal of the Court's Order dismissing his Chapter 13 case with prejudice, overruling his Objection to Claim as moot, and terminating the automatic stay. Absent immediate relief, Debtor faces irreparable harm in the form of imminent foreclosure upon his homestead property.

## RELIEF REQUESTED

Debtor respectfully requests:

1. Entry of a **Stay Pending Appeal** of the Order dated December 05, 2025; and

2. Any further relief this Court deems just and proper.

## LEGAL STANDARD

Federal Rule of Bankruptcy Procedure 8007 authorizes a stay pending appeal. Courts consider:

(1) Likelihood of success on the merits,

(2) Irreparable harm,

(3) Balance of harms, and

(4) Public interest.

## ARGUMENT

### A. Likelihood of Success on the Merits

The Order is subject to reversal due to:

- **Abuse of discretion** in dismissing WITH PREJUDICE absent explicit findings of bad faith as required under 11 U.S.C. § 349(a).
- **Denial of due process** by overruling the Objection to Claim as "moot" without a full evidentiary hearing.
- **Error of law** in deferring "standing" entirely to state court when standing to file and enforce a claim is a core bankruptcy issue.
- **Error in denying stay-violation sanctions** where post-petition activity materially affected the estate and litigation posture.

### B. Irreparable Harm

Loss of a primary residence by foreclosure is **irreparable harm** as a matter of law. Money damages cannot restore a homestead or redress displacement of a family.

### C. Balance of Hardships

Granting a stay preserves the status quo. Denying it causes catastrophic harm to Debtor while imposing only delay on Appellee.

### D. Public Interest

Public confidence in bankruptcy proceedings demands that extreme sanctions (dismissal with prejudice, permanent injunction against refiling) be subject to appellate review before irrevocable foreclosure occurs.

### CONCLUSION

Debtor respectfully requests immediate entry of a **Stay Pending Appeal**.

DATED: /2 December 2025

Respectfully submitted,

Roberto Hernandez (Pro Se)
2102 Meadowmouse St.,
Orlando, FL 32837
Robert2792@gmail.com |
(321) 231-6610

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing and EMERGENCY MOTION TO STAY PENDING APPEAL were furnished via electronic notice on December 12, 2025, to the following parties:

ALDRIDGE PITE, LLP
Jennifer Laufgas (SBN 56181)
Email: jlaufgas@aldridgepite.com
Aldridge Pite, LLP
Six Piedmont Center
3525 Piedmont Road, N.E., Suite 700
Atlanta, GA 30305
Phone: (404) 994-7400
Fax: (619) 590-1385

**TRUSTEE**
**(via electronic notice)**

Laurie K Weatherford
Post Office Box 3450
Winter Park, FL 32790
ecfdailysummary@c13orl.com

**UNITED STATES TRUSTEE**
**(via electronic notice)**
Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801
USTP.Region21.OR.ECF@usdoj.gov

*[signature]*

Respectfully submitted,
Roberto Hernandez
Pro Se Debtor
2102 Meadowmouse St.
(321) 231-6640
Email: Robert2792@gmail.com