UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:
**ROBERTO HERNANDEZ,**
Debtor.

Case No.: **6:25-bk-02758-GER**
Chapter 13

FILED

DEC 12 2025

Clerk, U.S. Bankruptcy,
Orlando Division

## DECLARATION OF ROBERTO HERNANDEZ

I, Roberto Hernandez, declare under penalty of perjury:

1. I am the Debtor in Case No. 6:25-bk-02758-GER.

2. My primary residence is located at **2102 Meadowmouse St., Orlando, FL 32837**.

3. On December 05, 2025, the Court dismissed my Chapter 13 case with prejudice and terminated the automatic stay.

4. I filed a Motion for Reconsideration on **December 09, 2025**.

5. I have filed a Notice of Appeal from the December 05, 2025 Order.

6. Foreclosure proceedings are currently active in state court.

7. If a stay is not granted, my home could be sold, causing irreparable harm to me and my family.

8. My appeal raises serious legal issues, including denial of due process and abuse of discretion.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on /2 *[signature]* 2025.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing and **Declaration of Roberto Hernandez** were furnished via electronic notice on December 12, 2025, to the following parties:

ALDRIDGE PITE, LLP
Jennifer Laufgas (SBN 56181)
Email: jlaufgas@aldridgepite.com
Aldridge Pite, LLP
Six Piedmont Center
3525 Piedmont Road, N.E., Suite 700
Atlanta, GA 30305
Phone: (404) 994-7400
Fax: (619) 590-1385

**TRUSTEE**
**(via electronic notice)**

Laurie K Weatherford
Post Office Box 3450
Winter Park, FL 32790
ecfdailysummary@c13orl.com

**UNITED STATES TRUSTEE**
**(via electronic notice)**
Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801
USTP.Region21.OR.ECF@usdoj.gov

_/s/ Roberto Hernandez_

Respectfully submitted,
Roberto Hernandez
Pro Se Debtor
2102 Meadowmouse St.
(321) 231-6640
Email:Robert2792@gmail.com