**[Dnreqfdr]** [District Notice to Appellant of Responsibilities – BK]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                                                                   Case No. 6:25−bk−02758−GER
                                                                                         Chapter 13

Roberto E. Hernandez



       Debtor(s)      /

NOTICE OF REQUIREMENT TO FILE
DESIGNATION OF RECORD AND STATEMENT OF ISSUES

Pursuant to Fed. R. Bankr. P. 8009, within fourteen (14) days after the filing of the notice of appeal, the appellant shall file with the Clerk of the Bankruptcy Court:

1. A designation of the items to be included in the record on appeal and served on the appellee.

    a. The designation of record should indicate by document number, any item to be included in the record on appeal.

    b. If you intend to designate a transcript, a Purchase Order for Transcript is available on the court's website at www.flmb.uscourts.gov. Go to Forms and click on Purchase Order for Transcript. Requests for transcripts should be directed to a certified court reporting transcription service. For further information regarding digital audio recording and/or request forms for CD copies of hearings, please visit the court's website at http://www.flmb.uscourts.gov/ and click on Courtroom Services.

2. A statement of the issues to be presented and served on the appellee.

    DATED on December 15, 2025

                                              FOR THE COURT
                                              Jose A Rodriguez , Clerk of Court
                                              George C. Young Federal Courthouse
                                              400 West Washington Street
                                              Suite 5100
                                              Orlando, FL 32801

*All references to "Debtor" shall include and refer to both debtors in a case filed jointly by two individuals.