[**Dtrnabk**] [District Transmittal of Notice of Appeal – BK]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                                    Case No. 6:25–bk–02758–GER
                                                          Chapter 13


Roberto E. Hernandez


                                                          Civil Case No. 6:26-cv-00137-JSS



_____Debtor(s)_____/

TRANSMITTAL OF NOTICE OF APPEAL TO DISTRICT COURT

This is an appeal pursuant to 28 U.S.C. §158(a) from a judgment, order or decree of the Bankruptcy Court entered in this case.

Notice of Appeal filed by Roberto E. Hernandez on December 12, 2025 (Doc. No. 58).

Title of order appealed is Order Denying Confirmation of Chapter 13 Plan and Dismissing Case With Prejudice, (2) Overruling Objection to Claim as Moot, (3) Denying Motion for Sanctions, and Denying other Pending Requests as Moot. Debtor is permanently enjoined from filing for relief under Chapter 13 ONLY of Title 11 of the United States Code Barred Debtor Hernandez, Roberto E. starting 12/5/2025 to 12/31/3000 (Doc. No. 53) entered on December 5, 2025.

The party or parties included in the appeal to District Court are:

APPELLANT: Roberto E. Hernandez 2102 Meadowmouse St. Orlando, FL 32837

    ATTORNEY: PRO SE

APPELLEE: U.S. Bank National Association, As Trustee, Successor In Interest To Bank Of America, National Association, As Trustee, Successor By Merger To Lasalle Bank, National Association, As Trustee For Merrill Lynch First Franklin Mortgage Loan Trust, Mortgage Pass–Through Certificates, Series 2007–1

    ATTORNEY: Jennifer Laufgas Six Piedmont Center 3525 Piedmont Road, N.E., Suite 700 Atlanta, GA 30305

ADDITIONAL PARTIES IN INTEREST INCLUDE:

    Laurie K Weatherford
    Post Office Box 3450
    Winter Park, FL 32790

The items included in this transmittal pursuant to Fed. R. Bankr. P. 8003 are:

    *Notice of Appeal

The debtor's county of residence is Orange County, Florida.

    DATED on January 21, 2026

FOR THE COURT

Jose A Rodriguez , Clerk of Court
George C. Young Federal Courthouse
400 West Washington Street
Suite 5100
Orlando, FL 32801

*All references to "Debtor" shall include and refer to both debtors in a case filed jointly by two individuals.